Certificate Number: 03621-PAE-DE-033187228

Bankruptcy Case Number: 19-14573



03621-PAE-DE-033187228

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 31, 2019, at 4:22 o'clock PM EDT, Todd D Fisher completed a course on personal financial management given by telephone by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 31, 2019         By:    /s/Lashonda Collins

                            Name:  Lashonda Collins

                            Title: Credit Counselor