UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                    | Chapter 13
    TODD FISHER                         | Bankruptcy No.19-14573-ELF
 
          Debtor                      |

<u>CERTIFICATE OF SERVICE</u>

    I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 3rd day of December, 2019, by first class mail upon

those listed below:

TODD FISHER
728 N. RESERVOIR STREET
LANCASTER, PA  17602-3138

**<u>Electronically via CM/ECF System Only:</u>**

ANTHONY K. diDONATO
SCARINGI LAW
1366 HARRISBURG PIKE
LANCASTER, PA  17601

 

*/s/ Deborah A. Earnshaw*
_____
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee