UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
TODD FISHER

        DEBTOR(S)      :     CASE NO:    19-14573

                                   :     CHAPTER 13

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Please withdraw my appearance as the attorney in the above-captioned action for the Debtor(s). To the extent that counsel fees may be payable through a Chapter 13 bankruptcy plan as an administrative expense, I direct the Trustee to pay those to Scaringi Law.

Respectfully Submitted,

Date: JAN 27, 2020

Anthony K. diDonato
Attorney ID# 319607

## ENTRY OF APPEARANCE

TO THE CLERK:

Please enter my appearance as attorney in the above-captioned action for the Debtor(s).

Respectfully Submitted,

Date: 1-29-2020

Kelly M. Walsh
Attorney ID# 320919
Scaringi Law
2000 Linglestown Road, Suite 106
Harrisburg, PA 17110