**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    TODD FISHER              :
                                       :
              DEBTOR(S)       :        CASE NO: 19-14573
                                       :
                                       :        CHAPTER 13

## CERTIFICATION OF NO TIMELY OBJECTION

COMES NOW Kelly M. Walsh, Esq. Counsel for Debtor, and certifies as follows:

1.    On May 27, 2020 I filed an Application for Compensation pursuant to Local Rule 2016-1 and 2016-3 relating to Applications for Compensation in Chapter 13 Cases.

2.    On May 27, 2020 my office served a copy of the Application for Compensation and a Notice of Deadline to Object to Application for Compensation on the mailing matrix for this case.

3.    There have been no timely objections filed to the Application for Compensation that was filed on May 27, 2020.

WHEREFORE Counsel for Debtor respectfully requests that this Honorable Court grant the Application for Compensation that was filed on May 27, 2020.

                                                          Respectfully Submitted:

Date:  June 19, 2020                               /s/ Kelly M. Walsh
                                                          Kelly M. Walsh, Esq.
                                                          Attorney ID# 320919
                                                          Scaringi & Scaringi, P.C.
                                                          2000 Linglestown Road, Suite 106
                                                          Harrisburg, PA  17110
                                                          (717) 657-7770
                                                          Attorney for Debtor