**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Todd Fisher | : | Chapter 13 |
| Debtor | : | |
| | : | Bky. No. 19-14573 |

## ORDER GRANTING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

AND NOW, having considered Counsel for Debtor's Application for Compensation and Reimbursement of Expenses, and after notice having been properly served upon all creditors and other parties in interest giving an opportunity for objection, and after no objection having been filed, it is hereby

ORDERED that Counsel for Debtor's Application for Compensation and Reimbursement of Expenses is GRANTED and that counsel fees totaling **$4,000.00** and reimbursement of expenses in the amount of $0.00 are to be allowed in the case herein. The Debtor paid **$1,525.00** prior to the filing of the petition. The Chapter 13 Trustee is authorized to pay the compensation, as permitted by the terms of the confirmed Plan.

Dated: 6/22/20

*Patricia M. Mayer*

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge