United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-14573-pmm
Todd Fisher                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: PaulP           Page 1 of 1           Date Rcvd: Jun 22, 2020
                        Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2020.
db            +Todd Fisher,   728 N. Reservoir Street,   Lancaster, PA 17602-2143

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2020 at the address(es) listed below:
              HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
              KELLY MEREDITH WALSH    on behalf of Debtor Todd  Fisher kelly@scaringilaw.com,
               dblack@scaringilaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    New Residential Mortgage LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
| | | |
|---|---|---|
| Todd Fisher | : | Chapter 13 |
| Debtor | : | |
| | : | Bky. No. 19-14573 |

**ORDER GRANTING APPLICATION FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES**

AND NOW, having considered Counsel for Debtor's Application for Compensation and Reimbursement of Expenses, and after notice having been properly served upon all creditors and other parties in interest giving an opportunity for objection, and after no objection having been filed, it is hereby

ORDERED that Counsel for Debtor's Application for Compensation and Reimbursement of Expenses is GRANTED and that counsel fees totaling **$4,000.00** and reimbursement of expenses in the amount of $0.00 are to be allowed in the case herein. The Debtor paid **$1,525.00** prior to the filing of the petition. The Chapter 13 Trustee is authorized to pay the compensation, as permitted by the terms of the confirmed Plan.

Dated: 6/22/20

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge