| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-14573-PMM

TODD FISHER  
728 N. RESERVOIR STREET  
LANCASTER  PA    17602-3138

Petition Filed Date: 07/19/2019  
341 Hearing Date: 09/10/2019  
Confirmation Date: 04/09/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2019 | $249.55 | Automatic Payı | 09/24/2019 | $249.55 | Automatic Payı | 10/23/2019 | $249.55 | |
| 11/26/2019 | $249.55 | | 12/26/2019 | $249.55 | | 01/28/2020 | $282.08 | |
| 02/25/2020 | $262.10 | | 03/24/2020 | $262.10 | | 04/28/2020 | $262.10 | |
| 05/27/2020 | $262.10 | | 06/23/2020 | $262.10 | | 07/28/2020 | $262.10 | |

**Total Receipts for the Period: $3,102.43    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,102.43**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ANTHONY K. diDONATO | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | KELLY M. WALSH ESQ | Attorney Fees | $2,475.00 | $2,475.00 | $0.00 |
| 1 | WELLS FARGO BANK NA<br>»» 001 | Unsecured Creditors | $5,752.00 | $0.00 | $5,752.00 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $604.90 | $0.00 | $604.90 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $1,066.27 | $0.00 | $1,066.27 |
| 4 | CREDIT FIRST NA<br>»» 004 | Unsecured Creditors | $1,777.57 | $0.00 | $1,777.57 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $689.39 | $0.00 | $689.39 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $1,476.43 | $0.00 | $1,476.43 |
| 7 | MEMBERS 1ST FCU<br>»» 007 | Unsecured Creditors | $3,129.34 | $0.00 | $3,129.34 |
| 8 | MEMBERS 1ST FCU<br>»» 008 | Unsecured Creditors | $1,598.02 | $0.00 | $1,598.02 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $1,171.18 | $0.00 | $1,171.18 |
| 10 | WELLS FARGO BANK NEVADA NA<br>»» 010 | Unsecured Creditors | $4,783.41 | $0.00 | $4,783.41 |
| 11 | NEW RESIDENTIAL MORTGAGE LLC<br>»» 011 | Mortgage Arrears | $10,640.14 | $101.53 | $10,538.61 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,657.86 | $0.00 | $1,657.86 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $646.38 | $0.00 | $646.38 |
| 14 | CITADEL FEDERAL CREDIT UNION<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |

| 15 | CITADEL FEDERAL CREDIT UNION<br>»» 015 | Unsecured Creditors | $2,588.46 | $0.00 | $2,588.46 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,102.43 | Current Monthly Payment: | $262.10 |
| Paid to Claims: | $2,576.53 | Arrearages: | $0.00 |
| Paid to Trustee: | $290.01 | Total Plan Base: | $15,683.23 |
| Funds on Hand: | $235.89 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.