| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-14573-PMM

TODD FISHER
728 N. RESERVOIR STREET
LANCASTER  PA    17602-3138

Petition Filed Date: 07/19/2019
341 Hearing Date: 09/10/2019
Confirmation Date: 04/09/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $282.08 | | 02/25/2020 | $262.10 | | 03/24/2020 | $262.10 | |
| 04/28/2020 | $262.10 | | 05/27/2020 | $262.10 | | 06/23/2020 | $262.10 | |
| 07/28/2020 | $262.10 | | 08/25/2020 | $262.10 | | 09/22/2020 | $262.10 | |
| 10/27/2020 | $262.10 | | 11/24/2020 | $262.10 | | 12/22/2020 | $262.10 | |
| 01/26/2021 | $262.10 | | 02/23/2021 | $262.10 | | 03/23/2021 | $262.10 | |
| 04/27/2021 | $262.10 | | 05/26/2021 | $262.10 | | | | |

**Total Receipts for the Period: $4,475.68    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,723.43**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ANTHONY K. diDONATO | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | KELLY M. WALSH ESQ | Attorney Fees | $2,475.00 | $2,475.00 | $0.00 |
| 1 | WELLS FARGO BANK NA<br>»» 001 | Unsecured Creditors | $5,752.00 | $0.00 | $5,752.00 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $604.90 | $0.00 | $604.90 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $1,066.27 | $0.00 | $1,066.27 |
| 4 | CREDIT FIRST NA<br>»» 004 | Unsecured Creditors | $1,777.57 | $0.00 | $1,777.57 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $689.39 | $0.00 | $689.39 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $1,476.43 | $0.00 | $1,476.43 |
| 7 | MEMBERS 1ST FCU<br>»» 007 | Unsecured Creditors | $3,129.34 | $0.00 | $3,129.34 |
| 8 | MEMBERS 1ST FCU<br>»» 008 | Unsecured Creditors | $1,598.02 | $0.00 | $1,598.02 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $1,171.18 | $0.00 | $1,171.18 |
| 10 | WELLS FARGO BANK NEVADA NA<br>»» 010 | Unsecured Creditors | $4,783.41 | $0.00 | $4,783.41 |
| 11 | NEW RESIDENTIAL MORTGAGE LLC<br>»» 011 | Mortgage Arrears | $10,640.14 | $2,515.45 | $8,124.69 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,657.86 | $0.00 | $1,657.86 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $646.38 | $0.00 | $646.38 |

| 14 | CITADEL FEDERAL CREDIT UNION<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CITADEL FEDERAL CREDIT UNION<br>»» 015 | Unsecured Creditors | $2,588.46 | $0.00 | $2,588.46 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,723.43 | Current Monthly Payment: | $262.10 |
| Paid to Claims: | $4,990.45 | Arrearages: | $0.00 |
| Paid to Trustee: | $497.09 | Total Plan Base: | $15,683.23 |
| Funds on Hand: | $235.89 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.