UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
    **TODD FISHER** : No. 19-14573
        **DEBTOR** :
:
:
: **CHAPTER 13**

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE PROTHONOTARY

    Please withdraw the appearance of Kelly M. Walsh, as attorney in the above-captioned matter for the Debtor, Todd Fisher. I hereby certify that this change is not intended to, nor will it, delay this proceeding to the best of my knowledge, information and belief.

        Respectfully submitted,

        /s/ Kelly M. Walsh

Date: 2/1/2022        Kelly M. Walsh, Esquire
        Attorney ID No. 320919


## PRAECIPE TO ENTER APPEARANCE

TO THE PROTHONOTARY

    Please enter the appearance of Samantha C. Wolfe, Esquire, as attorney in the above captioned matter for the Debtor, Todd Fisher. I hereby certify that this change is not intended to, nor will it, delay this proceeding to the best of my knowledge, information and belief.

        Respectfully submitted,

        /s/ Samantha C. Wolfe

Date: 2/1/2022        Samantha C. Wolfe, Esquire
        Attorney ID No. 328845
        Scaringi Law
        2000 Linglestown Road, Suite 106
        Harrisburg, PA 17110
        717-657-7770 (T) / 717- 657-7797 (F)
        swolfe@scaringilaw.com