## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Substitution of Appearance By Jill Manuel-<br>Coughlin, Esquire, In Various Open Cases<br>Where Sarah K. McCaffery, Esquire is listed<br>As Counsel | Miscellaneous No.<br><br>All Chapters |
| Sarah K. McCaffery, Esquire and<br>Jill Manuel-Coughlin, Esquire<br>                     Movants<br>vs.<br><br>ALL DEBTORS IDENTIFIED IN THE<br>ATTACHED EXHIBIT A<br>Respondents | |

## PRAECIPE TO SUBSTITUTE APPEARANCE

Kindly withdraw the appearance of Sarah K. McCaffery, Esquire, and substitute the appearance of Jill Manuel-Coughlin, Esquire, in the cases listed in Exhibit A hereto.

Dated: March 17, 2022

Respectfully submitted,

Jill Manuel-Coughlin, Esquire
Attorney I.D. No. 63252
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
215-942-2090 phone
215-942-8661 fax
jill@powerskirn.com

Sarah K. McCaffery, Esquire
Attorney I.D. No. 311728
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
215-942-2090 phone
215-942-8661 fax
sarah.mccaffery@powerskirn.com

## EXHIBIT A

16-11418-AMC – Lavell S. Smith

16-15151-ELF – Moussa Sacko

16-15938-MDC – Antoinette Harris-Greene

16-16707-ELF – Edward MacEntee

16-18422-ELF – Tonya M. Garcia

16-18468-MDC – Kenneth Todd Bernstiel

16-18933-ELF – Clinton A. Swope

17-10092-MDC – Michael J. Harney and Michael J. Harney

17-13376-PMM – Jose A. Gonzalez, Jr. and Anna Gonzalez

17-13760-MDC – Lisa Rosa Mariani

17-14297-ELF – Gerald P. Kane and Maryellen M. Kane

17-14330-MDC – Amber S. Chambers

17-14670-MDC – Kenneth Bernard Tadlock

17-14799-AMC – Winston J. Banks

17-14917-MDC – Flora A. Robinson

17-15561-AMC – David A. Eckert and Leanne Eckert

17-15980-MDC – Felicia L. Harrison

17-16576-MDC – Marion Myers

17-17176-ELF – Beverly M. Forconi

17-17318-ELF – Georgette C. Niles

17-18196-ELF – Hyun Ju Hong

17-18570-AMC – Catherine N. Riddick

18-10026-PMM – Todd Rumbel and Michele Rumbel

18-10498-MDC – Alphonso Lamont Jackson and Evelyn Denise Johnson-Jackson

18-10686-PMM – Patrick S. Tyler and Donna L. Tyler

18-11264-AMC – Anthony Davenport and Hollyanne Davenport

18-11387-ELF – Martin J. McGowan and Michelle M. McGowan

18-11571-MDC – Gerald William Gibbs

18-11575-PMM – Daniel Ntow Mensah

18-12287-ELF – Priscillia M. Johnson

18-12491-MDC – Vincent J. Kirby and Jacqueline A. Kirby

18-12626-PMM – James D. Jones, III and Brittnie A. Hutchinson

18-13209-AMC – Lori D. Goins

18-13533-PMM – David R. Schrecengost

18-13882-MDC – Richard J. Hull and Helen R. Hull

18-13939-MDC – Sandra Hicks

18-14016-ELF – Wanda N. Gbemudu

18-14419-ELF – Sean Foll and Christine Foll

18-14491-ELF – Sharron C. Thompson

18-14990-MDC – Frederick L. Pesta and Arlene L. Pesta

18-15418-AMC – Aman Daniels

18-15975-ELF – Paul L. Jones

18-16132-MDC – Louis H. Marcelli

18-16688-ELF – DeElla E. Staples

18-16907-AMC – Victor H. Maia

18-16940-MDC – Robert A. Hartnett, Jr. and Nancy Jo A. Hartnett

18-17081-PMM – Agnieszka Lesniewska

18-17248-AMC – Sean R. Broughton

18-17639-ELF – Raymond J. Large and Andrea M. Romaniello

18-18033-AMC – Joseph P. Griffis and Lauren N. Griffis

18-18072-ELF – Michael J. Schultz and Nicole M. Schultz

19-10018-ELF – Salman S. Hasan

19-10548-MDC – Vernon D. Ackridge

19-10945-ELF – Diana Natal

19-11196-ELF – Thomas E. Sloan and Judyth A. Sloan

19-11454-ELF – Bryan J. Van Schaick

19-11608-ELF – Steven J. Willmott and Dorothy A. Willmott

19-11658-AMC – Helen Lawrence

19-11908-PMM- Angel Manuel Soto-Rodriguez

19-12445-ELF – Edward Aponte and Marilyn Aponte

19-12624-PMM – Vincenzo Tucciarone, Sr.

19-12649-MDC – Bobby L. Fisher

19-12996-MDC – Arlis B. Hamilton

19-13046-PMM – Linda M. Michelson

19-13075-AMC – Jeffrey Bruce Scott, Sr.

19-13084-ELF – Richard K. Gilmour and Robin L. Gilmour

19-13950-MDC – Adina Marie Dees

19-14244-MDC – Adrienne Patterson

19-14257-PMM – Elizabeth Ann McNeil

19-14571-AMC – Richard A. Hall, Jr. and Stacey Hall

19-14573-PMM – Todd Fisher

19-14701-MDC – Scott D. Posen

19-14712-PMM – Claire Taylor

19-15014-PMM – Edward D. Watters, Jr. and Jennifer Watters

19-15517-AMC – Jeffrey Limone

19-15681-ELF – Zakia V. Johnson

19-15867-PMM – Douglas Crouch

19-15887-ELF – Andrew C. Harris and Kristen L. Harris

19-16001-ELF – Jacqueline Elizabeth Demarco

19-16297-ELF – Michelle A. Hines

19-16406-MDC – Alfred E. Thompson, III

19-16470-AMC – Aisha Idris Hall

19-16865-ELF – Chester Buchkowski

19-17032-ELF – Linda K. Brown

19-17366-MDC – Michael J. Kaiser

19-17428-MDC – Bryan Jay Finnemeyer and Darlene Ellen Finnemeyer

19-17496-MDC – Milagros Ortiz

19-17636-PMM – Theodore Louise Rollins

19-17646-ELF – Carlton Eugene Rodgers and Lucille Vanesa Rodgers

19-17747-AMC – Joanne Lee Mitchell

19-17879-ELF – Jennifer L. McHugh

19-17954-ELF – James Lobiondo, Jr.

20-10037-AMC – Nicholas J. Viola, III and Katharine A. Viola

20-10075-ELF – Joyce S. Barbour

20-10356-PMM – Alfred G. Khallouf and Elsi G. Khallouf

20-10528-AMC – Chester Shade

20-10808-ELF – Gilberto Aponte

20-10939-ELF – Edwell T. Henry, II

20-11264-ELF – Winston W. Mays and Lysette Toro-Mays

20-11405-ELF – Hakiema Muhammad

20-11476-AMC – Rhonda N. Hatcher

20-11767-ELF – Sandra Brown

20-11847-PMM – Jan M. Wolf and Stacey D. Wolf

20-12097-PMM – Frank T. Rose and Christy L. Rose

20-12334-MDC – Brandon A. Leech and Juanita M. Leech

20-12348-AMC – Maryellen E. Shiposki

20-12602-AMC – Brad Wilhelm and Brad Wilhelm

20-12842-AMC – Kenyatta C. Williamson

20-12861-PMM – Scott Russell Steffie

20-12991-ELF – Scott Charles Hoffman and Sandra Gayle Hoffman

20-13079-ELF – Michael Sweeney and Dena Sweeney

20-13258-MDC – Timothy P. Rodgers and Alisha S. Rodgers

20-13374-AMC – Ines V. Colon

20-13812-AMC – Raymond C. Staley

20-13827-ELF – Carlos M. Hernandez, II and Jessica L. Hernandez

20-14001-AMC – Rose Aloisi

20-14061-AMC – Sara M. Keenan

20-14182-MDC – Sue Uffelman

20-14222-AMC – Peter Henry Demkovitz and Laura Claire Demkovitz

20-14453-MDC – Randolph Thomas

20-14570-PMM – Mudiyanselage N. Dissanayaka and Priyani N. Dissanayaka

21-10116-MDC – Peter D. Wrambel

21-10121-PMM – Stanley K. Blair

21-10287-PMM – Ann Krueger-Ruff and Duane F. Ruff

21-1037-MDC – Felicia R. Brown

21-10376-PMM – Pedro Alcenio Mirabal, Jr.

21-10570-AMC – Gilbert Alexander Richardson and Yolanda Vernetta Mack

21-10589-ELF – Steven E. Brown

21-10986-ELF – Edward D. Musho

21-11086-ELF – John A. Phillips, Jr.

21-11269-PMM – Jennifer L. Kohut

21-11502-PMM – Todd M. Seyfert and Alison S. Seyfert

21-11529-MDC – Florence K. Thompson

21-11741-PMM – Roger Kofroth and Jacqueline Kofroth

21-11797-AMC – Kim Simmons

21-12138-MDC – Theresa Owens

21-12581-AMC – Kevin P. Farrell and Linda A. Farrell

21-12958-MDC – Jerri Z. Farmer

21-13107-PMM – Kevin J. Kauffman

21-13156-MDC – Michael Woodson

21-13431-ELF – Zackery Allen Pickard