| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-14573-PMM**

TODD FISHER  
728 N. RESERVOIR STREET  
LANCASTER  PA   17602-3138

Petition Filed Date: 07/19/2019  
341 Hearing Date: 09/10/2019  
Confirmation Date: 04/09/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/27/2021 | $262.10 | | 05/26/2021 | $262.10 | | 06/22/2021 | $262.10 | |
| 07/27/2021 | $262.10 | | 08/24/2021 | $262.10 | | 09/28/2021 | $262.10 | |
| 10/26/2021 | $262.10 | | 11/23/2021 | $262.10 | | 12/28/2021 | $262.10 | |
| 01/25/2022 | $262.10 | | 02/23/2022 | $262.10 | | 03/22/2022 | $262.10 | |
| 04/26/2022 | $262.10 | | 05/24/2022 | $262.10 | | 06/29/2022 | $262.10 | |
| 07/26/2022 | $262.10 | | | | | | | |

**Total Receipts for the Period:  $4,193.60    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $9,392.83**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ANTHONY K. diDONATO | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | KELLY M. WALSH ESQ | Attorney Fees | $2,475.00 | $2,475.00 | $0.00 |
| 1 | WELLS FARGO BANK NA  »» 001 | Unsecured Creditors | $5,752.00 | $0.00 | $5,752.00 |
| 2 | AMERICAN INFOSOURCE LP  »» 002 | Unsecured Creditors | $604.90 | $0.00 | $604.90 |
| 3 | DISCOVER BANK  »» 003 | Unsecured Creditors | $1,066.27 | $0.00 | $1,066.27 |
| 4 | CREDIT FIRST NA  »» 004 | Unsecured Creditors | $1,777.57 | $0.00 | $1,777.57 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT  »» 005 | Unsecured Creditors | $689.39 | $0.00 | $689.39 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT  »» 006 | Unsecured Creditors | $1,476.43 | $0.00 | $1,476.43 |
| 7 | MEMBERS 1ST FCU  »» 007 | Unsecured Creditors | $3,129.34 | $0.00 | $3,129.34 |
| 8 | MEMBERS 1ST FCU  »» 008 | Unsecured Creditors | $1,598.02 | $0.00 | $1,598.02 |
| 9 | LVNV FUNDING LLC  »» 009 | Unsecured Creditors | $1,171.18 | $0.00 | $1,171.18 |
| 10 | WELLS FARGO BANK NEVADA NA  »» 010 | Unsecured Creditors | $4,783.41 | $0.00 | $4,783.41 |
| 11 | GREGORY FUNDING LLC  »» 011 | Mortgage Arrears | $10,640.14 | $5,865.07 | $4,775.07 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES  »» 012 | Unsecured Creditors | $1,657.86 | $0.00 | $1,657.86 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES  »» 013 | Unsecured Creditors | $646.38 | $0.00 | $646.38 |

**Chapter 13 Case No. 19-14573-PMM**

| 14 | CITADEL FEDERAL CREDIT UNION »» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CITADEL FEDERAL CREDIT UNION »» 015 | Unsecured Creditors | $2,588.46 | $0.00 | $2,588.46 |
| 0 | SAMANTHA C. WOLFE, ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,392.83 | Current Monthly Payment: | $262.10 |
| Paid to Claims: | $8,340.07 | Arrearages: | $0.00 |
| Paid to Trustee: | $811.63 | Total Plan Base: | $15,683.23 |
| Funds on Hand: | $241.13 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.