Office Mailing Address:                                                Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                          Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                              P.O. Box 680
Reading, PA  19606                                                 Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-14573-PMM**

TODD FISHER                                              Petition Filed Date: 07/19/2019
728 N. RESERVOIR STREET                                  341 Hearing Date: 09/10/2019
LANCASTER  PA    17602-3138                              Confirmation Date: 04/09/2020

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $262.10 | | 09/27/2022 | $262.10 | | 10/25/2022 | $262.10 | |
| 11/22/2022 | $262.10 | | 12/28/2022 | $262.10 | | 01/24/2023 | $262.10 | |
| 02/28/2023 | $262.10 | | 03/28/2023 | $262.10 | | 04/25/2023 | $262.10 | |
| 05/24/2023 | $262.10 | | 06/27/2023 | $262.10 | | 07/25/2023 | $262.10 | |

**Total Receipts for the Period:  $3,145.20   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $12,538.03**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ANTHONY K. diDONATO | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | KELLY M. WALSH ESQ | Attorney Fees | $2,475.00 | $2,475.00 | $0.00 |
| 1 | WELLS FARGO BANK NA »» 001 | Unsecured Creditors | $5,752.00 | $0.00 | $5,752.00 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $604.90 | $0.00 | $604.90 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $1,066.27 | $0.00 | $1,066.27 |
| 4 | CREDIT FIRST NA »» 004 | Unsecured Creditors | $1,777.57 | $0.00 | $1,777.57 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 005 | Unsecured Creditors | $689.39 | $0.00 | $689.39 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 006 | Unsecured Creditors | $1,476.43 | $0.00 | $1,476.43 |
| 7 | MEMBERS 1ST FCU »» 007 | Unsecured Creditors | $3,129.34 | $0.00 | $3,129.34 |
| 8 | MEMBERS 1ST FCU »» 008 | Unsecured Creditors | $1,598.02 | $0.00 | $1,598.02 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $1,171.18 | $0.00 | $1,171.18 |
| 10 | WELLS FARGO BANK NEVADA NA »» 010 | Unsecured Creditors | $4,783.41 | $0.00 | $4,783.41 |
| 11 | GREGORY FUNDING LLC »» 011 | Mortgage Arrears | $10,640.14 | $8,750.77 | $1,889.37 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $1,657.86 | $0.00 | $1,657.86 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $646.38 | $0.00 | $646.38 |
| 14 | CITADEL FEDERAL CREDIT UNION »» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-14573-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITADEL FEDERAL CREDIT UNION<br>»» 015 | Unsecured Creditors | $2,588.46 | $0.00 | $2,588.46 |
| 0 | SAMANTHA C. WOLFE, ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | MELANIE WALZ SCARINGI, ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,538.03 | Current Monthly Payment: | $262.10 |
| Paid to Claims: | $11,225.77 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,073.75 | Total Plan Base: | $15,683.23 |
| Funds on Hand: | $238.51 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.