Certificate Number: 03621-PAE-DE-033187228

Bankruptcy Case Number: 19-14573



03621-PAE-DE-033187228

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 31, 2019</u>, at <u>4:22</u> o'clock <u>PM EDT</u>, <u>Todd D Fisher</u> completed a course on personal financial management given <u>by telephone</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>July 31, 2019</u>  By:  <u>/s/Lashonda Collins</u>

Name:  <u>Lashonda Collins</u>

Title:  <u>Credit Counselor</u>