Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 19-14573-PMM**

TODD FISHER  
728 N. RESERVOIR STREET  
LANCASTER  PA    17602-3138

Petition Filed Date: 07/19/2019  
341 Hearing Date: 09/10/2019  
Confirmation Date: 04/09/2020

Case Status: Completed on 7/23/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2023 | $262.10 | | 09/26/2023 | $262.10 | | 10/24/2023 | $262.10 | |
| 11/29/2023 | $262.10 | | 12/27/2023 | $262.10 | | 01/23/2024 | $262.10 | |
| 02/27/2024 | $262.10 | | 03/27/2024 | $262.10 | | 04/23/2024 | $262.10 | |
| 05/29/2024 | $262.10 | | 06/26/2024 | $262.10 | | 07/23/2024 | $262.10 | |

**Total Receipts for the Period: $3,145.20   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $15,683.23**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ANTHONY K. diDONATO | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | KELLY M. WALSH ESQ | Attorney Fees | $2,475.00 | $2,475.00 | $0.00 |
| 1 | WELLS FARGO BANK NA »» 001 | Unsecured Creditors | $5,752.00 | $253.00 | $5,499.00 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $604.90 | $26.63 | $578.27 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $1,066.27 | $46.92 | $1,019.35 |
| 4 | CREDIT FIRST NA »» 004 | Unsecured Creditors | $1,777.57 | $78.17 | $1,699.40 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 005 | Unsecured Creditors | $689.39 | $30.34 | $659.05 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 006 | Unsecured Creditors | $1,476.43 | $64.96 | $1,411.47 |
| 7 | MEMBERS 1ST FCU »» 007 | Unsecured Creditors | $3,129.34 | $137.65 | $2,991.69 |
| 8 | MEMBERS 1ST FCU »» 008 | Unsecured Creditors | $1,598.02 | $70.28 | $1,527.74 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $1,171.18 | $51.49 | $1,119.69 |
| 10 | WELLS FARGO BANK NEVADA NA »» 010 | Unsecured Creditors | $4,783.41 | $210.40 | $4,573.01 |
| 11 | NEWREZ LLC  D/B/A »» 011 | Mortgage Arrears | $10,640.14 | $10,640.14 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $1,657.86 | $72.95 | $1,584.91 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $646.38 | $28.43 | $617.95 |

**Chapter 13 Case No. 19-14573-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | CITADEL CREDIT UNION »» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CITADEL CREDIT UNION »» 015 | Unsecured Creditors | $2,588.46 | $113.84 | $2,474.62 |
| 0 | SAMANTHA C. WOLFE, ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | MELANIE WALZ SCARINGI, ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 16 | VANGUARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | INTERNAL REVENUE SERVICE | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 18 | CITADEL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | SYNCB/CAR CARE PEP BOY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | UNIFUND | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,683.23 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $14,300.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,383.03 | Total Plan Base: | $15,683.23 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.