**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**Reading**
**United States Bankruptcy Court**
**Office of the Clerk, Gateway Building**
**201 Penn Street, 1st Floor**
**Reading, PA 19601**

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Ditech Financial LLC
P.O. Box 12740
Tempe, AZ 85284-0046

THE UPDATED ADDRESS IS:

Ditech Financial, LLC
1100 Virginia Drive
Fort Washington, PA 19034

Signature of Debtor or Debtor's Attorney: *Melanie L. Scaringi*

Date: 10/17/24

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.