The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

IMPORTANT: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**Reading**
**United States Bankruptcy Court**
**Office of the Clerk, Gateway Building**
**201 Penn Street, 1st Floor**
**Reading, PA 19601**

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Ditech Financial, LLC
PO Box 6154
Rapid City, SD 57709

THE UPDATED ADDRESS IS:

_Ditech Financial, LLC_

_1100 Virginia Drive_

_Fort Washington, PA 19034_

Signature of Debtor or Debtor's Attorney

_10/17/24_

Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

2